# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0006
Lower Tribunal No. 12-24986

————————

## The Lexi Condominium Association, Inc.,
Appellant,

vs.

## Moss & Associates, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Crabtree & Auslander, and Charles M. Auslander and John G. Crabtree and Brian C. Tackenberg, for appellant.

Tripp Scott P.A., and William C. Davell and Stephanie C. Mazzola and Jennifer H. Wahba (Fort Lauderdale), for appellees.

Before LOGUE, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Almand Constr. Co. v. Evans</u>, 547 So. 2d 626, 628 (Fla. 1989) (explaining that, as to the statute of limitations, the homeowners' "knowledge of the settling of the house and resultant structural damage, which they concede they had as early as 1978, was sufficient to put them on notice that they had, or might have had, a cause of action"); <u>Alexander v. Suncoast Builders, Inc.</u>, 837 So. 2d 1056, 1058 (Fla. 3d DCA 2002) (holding that the limitations period for latent defects begins to run "from the time the defect is discovered or should have been discovered with the exercise of due diligence" (quoting § 95.11(3)(c), Fla. Stat.)).